# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MEDINA CARRANZA, | Case No. 1:19-cv-00031-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 2) |
| | TWENTY-DAY DEADLINE |

Gina Medina Carranza ("Plaintiff") filed the complaint in this action on January 7, 2019, challenging the denial of her application for disability benefits pursuant to the Social Security Act.. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In her application, Plaintiff indicated that she receives no money from any source but is supported by her husband who makes an average of $2,000.00 per month. Plaintiff's application is insufficient for the Court to determine that she is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.        Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2.        The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3.        Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4.        If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **January 9, 2019**

UNITED STATES MAGISTRATE JUDGE

2