# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MEDINA CARRANZA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00031-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 15) |

　　　　Pursuant to the stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's opening brief shall be filed on or before September 15, 2019;

　　　　2.　　Defendant's response shall be filed on or before October 15, 2019; and

　　　　3.　　Plaintiff's reply, if any, shall be filed on or before October 30, 2019.

IT IS SO ORDERED.

Dated: __**August 2, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE