# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MEDINA CARRANZA, | Case No. 1:19-cv-00031-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 18) |
| Defendant. | |

Gina Medina Carranza ("Plaintiff") filed the complaint in this action on January 7, 2019, challenging the denial of her application for disability benefits pursuant to the Social Security Act.. (ECF No. 1.) On October 10, 2019, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 18.) Pursuant to the terms of the stipulation, upon remand to the agency, the Defendant shall conduct any necessary further proceedings and issue a new decision.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Gina Medina Carranza and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 10, 2019**

UNITED STATES MAGISTRATE JUDGE