# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GINA MEDINA CARRANZA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00031-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)<br><br>(ECF No. 21) |

Pursuant to the stipulation of the parties, Plaintiff Gina Medina Carranza is awarded attorney fees in the amount of SEVEN THOUSAND DOLLARS AND 00/100, $7,000.00, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **January 3, 2020**

UNITED STATES MAGISTRATE JUDGE